IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
ex rel., INGRID LAW                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. CV-08-AR-1207-S

THOMAS G. SPURLOCK, DAVID MARSHALL,
THE PERFORMANCE GROUP, LLC.,
PERFORMANCE GROUP CULLMAN, LLC,
PERFORMANCE GROUP ALBERTVILLE, LLC,
PERFORMANCE GROUP BIRMINGHAM, LLC,
SPINAL REHAB ASSOCIATES, LLC, ALABAMA
PAIN CONSULTANTS, LLC, FRANCOIS MICHEL BLAUDEAU,
ROBERT R. RILEY, JR., and JOHN DOE DEFENDANTS 1-20
                                                                                 DEFENDANTS

**FILED UNDER SEAL**

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Relator Ingrid Law hereby dismisses this action without prejudice. Defendants have not been served with process in this cause and have not filed any responsive pleading of any kind. The United States does not object to this dismissal. Accordingly, this Notice of Dismissal satisfies the requirements of Rule 41(a)(1)(i) and Defendants need not receive notice hereof.

Respectfully submitted,
PIGOTT REEVES JOHNSON, P.A.

_____
J. Cliff Johnson II (admitted *pro hac vice*)

ATTORNEY FOR RELATOR INGRID LAW

Pigott Reeves Johnson, P.A.
775 N. Congress Street
Jackson, Mississippi 39202
601-354-2121
601-354-7854 (fax)