IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel*. INGRID LAW, | } } } | |
| Plaintiff, | } } | CIVIL ACTION NO. 08-AR-1217-S |
| v. | } } | |
| THOMAS G. SPURLOCK, et al., | } } | |
| Defendants. | } | |

**MEMORANDUM OPINION AND ORDER**

On September 16, 2008, the United States filed a notice of its election not to intervene in the above-entitled False Claim Act case. The notice requested that the case be unsealed and the complaint be served on defendants by the *relator*, as is contemplated by 31 U.S.C. § 3730(b)(2). The notice also requested, pursuant to 31 U.S.C. § 3730(c)(3), that the United States be served with copies of all subsequent pleadings and orders, and that it have access to copies of all deposition transcripts. Importantly, it pointed out that pursuant to 31 U.S.C. § 3730(b)(1) "the action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting".

On September 17, 2008, before this court could react to the election by the United States not to intervene, the *relator* filed a purported notice of dismissal without prejudice pursuant to Rule 41(a)(1)(i), F.R.Civ.P., asserting, *inter alia*, that "the

United States does not object to this dismissal". This assertion is entirely inconsistent with the notice filed by the United States on September 16, 2008. Furthermore, the Attorney General has not given his "written consent" to a dismissal or given his reasons therefor, and this court declines to give its written consent to the purported dismissal. Under the circumstances, it is ORDERED as follows:

1. The *relator*'s purported notice of dismissal without prejudice is STRICKEN.

2. The seal previously imposed upon the above-entitled action is hereby LIFTED.

3. **Within seven (7) calendar days**, *relator* shall initiate service upon defendants of the complaint, together with a summons and copies of all previous motions and orders, including this order.

4. Henceforward, unless and until the court orders otherwise, the parties shall serve upon the United States all pleadings at the time they are filed, and the Clerk shall serve upon the United States all court orders at the time they are entered.

5. Henceforward, unless and until the court orders otherwise, the parties shall make available to the United States, at the expense of the United States, copies of all transcripts of depositions taken.

DONE this 17th day of September, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE