IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* INGRID LAW, | ) | |
| | ) | |
| Plaintiff, | ) | CV-08-AR-1217-S |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS G. SPURLOCK, *et al.*; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNITED STATES OF AMERICA'S CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States notifies the Court that the United States has conferred with counsel for the relator, has been served with a copy of the relator's notice of dismissal dated September 22, 2008, and consents to the dismissal of the instant action.

Respectfully submitted this the 23rd day of September, 2008.

ALICE H. MARTIN
United States Attorney

/s/ Lloyd C. Peeples, III
LLOYD C. PEEPLES, III
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001

CERTIFICATE OF SERVICE

This is to certify that on September 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

J. CLIFF JOHNSON
Pigott Reeves Johnson & Minor
775 North Congress Street
P.O. Box 22725
Jackson, MS 39225-2725

                                                /s/ Lloyd C. Peeples, III
                                                LLOYD C. PEEPLES, III
                                                Assistant United States Attorney
                                                1801 Fourth Avenue North
                                                Birmingham, AL 35203
                                                (205) 244-2001