IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel*. INGRID LAW, | } } } | |
| Plaintiff, | } } | CIVIL ACTION NO. 08-AR-1217-S |
| v. | } } | |
| THOMAS G. SPURLOCK, et al., | } } | |
| Defendants. | } | |

## **MEMORANDUM OPINION**

After the attorney for the relator and the attorney for the United States received their respective copies of the memorandum opinion and order entered on September 17, 2008, lifting the seal in the above-entitled *qui tam* action and ordering service on defendants, the United States on September 19, 2008, filed a paper styled "Notice of the United States of America's Consent to Dismissal", improperly containing the words "Filed Under Seal". The clerk properly filed it **unsealed.** On September 23, 2008, the relator filed a paper styled "Notice of Dismissal", improperly containing the words "Filed Under Seal". The clerk properly filed it **unsealed.** On September 23, 2008, the United States filed what it styled "Notice of United States of America's Consent to Dismissal". The said paper properly did not contain the words "Filed Under Seal." The said paper purports to consent to a notice of dismissal filed by relator on September 22, 2008, but

no such notice of dismissal was filed by relator on September 22, 2008. The court assumes that the reference is to the paper filed by relator on September 23, 2008.

If these filings are expected to trigger a reaction from the court, the court does not know what it is, except to express puzzlement and to remind the relator that she has until tomorrow to initiate service.

Done this 24th day of September, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE