IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* INGRID LAW, | ) | |
| | ) | |
| Plaintiff, | ) | CV-08-AR-1217-S |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS G. SPURLOCK, *et al.*; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF BASIS FOR DISMISSAL

The United States of America, by and through its counsel, Alice H. Martin, United States Attorney for the Northern District of Alabama, and Lloyd C. Peeples, III, Assistant United States Attorney for the Northern District of Alabama and provides notice that the United States consents to the dismissal of the instant action because the United States has not had adequate time to investigate the allegations in the Complaint.

The United States was served with the Complaint on July 18, 2008, reviewed the allegations therein, requested that investigative agents be assigned, and those agents interviewed the relator on August 18, 2008. However, because the initial 60 day period expired on September 16, 2008, the United States did not have sufficient time to issue subpoenas or even identify patients or former employees who could be

interviewed to confirm or deny the allegations in the Complaint.

Accordingly, based on the lack of information either supporting or refuting the allegations in the Complaint, the United States cannot recommend that this matter continue if the relator does not want to proceed. The United States submits that a dismissal at this stage would serve the interests of judicial economy and prevent the defendants from incurring the costs associated with responding to the allegations in the Complaint.

Respectfully submitted this the 24th day of September, 2008.

ALICE H. MARTIN
United States Attorney

/s/ Lloyd C. Peeples, III
LLOYD C. PEEPLES, III
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001

## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. CLIFF JOHNSON
Pigott Reeves Johnson & Minor
775 North Congress Street
P.O. Box 22725
Jackson, MS 39225-2725

/s/ Lloyd C. Peeples, III
LLOYD C. PEEPLES, III
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001