IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* INGRID LAW, | } } } | |
| Plaintiff, | } } | CIVIL ACTION NO. 08-AR-1217-S |
| v. | } } | |
| THOMAS G. SPURLOCK, et al., | } } | |
| Defendants. | } | |

## ORDER OF DISMISSAL

*Relator*, Ingrid Law, not having initiated service of process on defendants, as the court expressly ordered her to do, and *relator* not having shown cause why her above-entitled action should not be dismissed for want of prosecution as the court warned would happen, the above-entitled action is hereby DISMISSED FOR WANT OF PROSECUTION.

To the extent the Clerk can ascertain from the telephone book the addresses of the defendants, the defendants shall be mailed a copy of this order.

If the United States and/or prospective *qui tam relators* believe that the United States should have longer than the 60 days now provided by 31 U.S.C. § 3730 within which to intervene, they should look to Congress for help and not to the courts.

Costs are taxed against *relator*.

DONE this 14th day of October, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE