FILED
 2008 Oct-29  AM 11:24
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

UNITED STATES OF AMERICA, *ex*   }
*rel*. INGRID LAW,               }
                                 }
    Plaintiff,                   }   CIVIL ACTION NO.
                                 }   08-AR-1217-S
v.                               }
                                 }
THOMAS G. SPURLOCK, et al.,      }
                                 }
    Defendants.                  }

## MEMORANDUM OPINION

A reason, among others, for the court's separate order denying the *relator*'s Rule 59(e) motion is that the motion was not served on defendants as is required by Rule 5(a)(1)(D), F.R.Civ.P. This case was not under seal when the order of dismissal without prejudice was entered, and no *ex parte* motions can be entertained.

DONE this 29th day of October, 2008.

                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE